RECEIVED
NOV - 3 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RUSSELL J. ALLEN | CIVIL ACTION NO. 6:14-cv-2773 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| CITY OF JEANERETTE, ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b) and LR 41.3. **IN ACCORDANCE WITH LR 41.3, PLAINTIFF MAY REQUEST REINSTATEMENT OF THIS CIVIL ACTION BY SHOWING GOOD CAUSE WITHIN 30 DAYS OF THIS ORDER.**

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 3 day of November, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE