RECEIVED

JAN 2 9 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL J. ALLEN | CIVIL ACTION NO. 6:14-cv-2773 |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| CITY OF JEANERETTE, ET AL. | MAGISTRATE JUDGE HANNA |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [rec. doc. 15], and after an independent review of the record, determining that the findings are correct under the applicable law, and specifically finding no good cause warranting reinstatement of this civil action, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the plaintiff's "Request for Reinstatement of Civil Action Amending his Complaint to Recover Damages for Deprivation of Civil Rights and Personal Injury" [rec. doc. 13] is **denied.** Accordingly, the above captioned civil action filed by plaintiff, Russell J. Allen, shall remain closed.

**THUS DONE AND SIGNED** in Chambers at Lafayette, Louisiana, this 29

day of ___January___, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE